# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TYRONE COOPER, | CASE NO. 1:07-cv-00214-AWI-GSA PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 14) |
| JEANNE WOODFORD, DIRECTOR, et al., | |
| Defendants. | |

On January 25, 2008, Plaintiff Willie Tyrone Cooper filed a motion to proceed with his case without further delay. In light of the issuance of a Findings and Recommendations following screening of Plaintiff's amended complaint, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 10, 2008**          /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

1