# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TYRONE COOPER,<br><br>          Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD,<br>DIRECTOR, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-00214-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING EQUAL PROTECTION CLAIMS, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 24 and 25) |

      Plaintiff Willie Tyrone Cooper ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On February 4, 2009, the Magistrate Judge filed Findings and Recommendations which recommended dismissal of Plaintiff's equal protection claim from the Second Amended Complaint, with prejudice, for failure to state a claim upon which relief may be granted. Plaintiff was given thirty days within which to object. On March 12, 2009, Plaintiff sought an extension of time to object, which was granted by the Court, and on March 18, 2009, Plaintiff filed his Objection.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The Court finds that the points addressed in the Objections have been considered and rejected in the Finding and Recommendations and no further analysis is necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 4, 2009, is adopted in full;
2. This action shall proceed on Plaintiff's second amended complaint, filed September 2, 2008, against Defendants Morales, Alvarez, and Garza for violation of Plaintiff's right to due process; and
3. Plaintiff's equal protection claim is dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated: **March 24, 2009**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE