# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TYRONE COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>JEANNE WOODFORD,<br>DIRECTOR, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:07-cv-00214-AWI-GSA PC<br><br>ORDER GRANTING REQUEST FOR ASSISTANCE, AND REQUESTING THAT DEFENDANTS' COUNSEL ENSURE THAT PLAINTIFF IS GIVEN A COPY OF HIS DEPOSITION FOR REVIEW AND TO MAKE ANY NECESSARY CHANGES<br><br>(Doc. 50) |

Plaintiff Willie Tyrone Cooper, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 8, 2007. This action is proceeding on Plaintiff's second amended complaint, filed September 2, 2008, against Defendants Morales, Alvarez, and Garza for violation of the Due Process Clause of the Fourteenth Amendment.

On January 21, 2010, Plaintiff filed a request seeking assistance in obtaining a copy of his deposition transcript for review. Plaintiff received a letter from Wood & Randall, Certified Shorthand Reporters, dated December 22, 2009, regarding the availability of his deposition transcript to review by appointment within thirty days from the date of the letter. Because Plaintiff is incarcerated and cannot make an appointment to review his deposition, Plaintiff sent Wood & Randall a letter stating that he is unable to make an appointment to view the deposition and requesting that the company either contact his counselor or mail him a copy for review and signature. Plaintiff is concerned because of the limited thirty-day window referenced in the letter from Wood & Randall, and seeks an order requiring production of the transcript.

1    Pursuant to Federal Rule of Civil Procedure 30(e)(1), Plaintiff has thirty days from the date of notice to review his deposition transcript and make any necessary changes.  In light of Plaintiff's incarceration and inability to make an appointment with Wood & Randall, the Court requests that Defendants' counsel facilitate Plaintiff's review of his deposition transcript.  Plaintiff is informed that he is not entitled to a free copy of the transcript, and the transcript will be provided by Wood & Randall only for review and return with any necessary changes.  Fed. R. Civ. P. 30(f)(3).

As set forth herein, it is HEREBY ORDERED that Plaintiff's request for assistance is GRANTED, and Defendants' counsel is requested to ensure that Plaintiff is able to review a copy of his deposition transcript and make any necessary changes.

IT IS SO ORDERED.

Dated:  **January 25, 2010**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE