# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TYRONE COOPER, | CASE NO. 1:07-cv-00214-AWI-GSA PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S PROCEDURALLY DEFICIENT MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JEANNE WOODFORD, DIRECTOR, et al., | (Doc. 54) |
| Defendants. | |

Plaintiff Willie Tyrone Cooper is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2010, Plaintiff filed a timely motion for summary judgment. (Doc. 54.)

Local Rule 260(a) requires that "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact." Compliance with the rule requires Plaintiff to include a separate statement of facts which sets forth each fact relied upon, and for each fact, cites to the evidence in support of the fact. Although Plaintiff does cite to evidence in his memorandum of points and authorities, it is not the duty of the Court or Defendants to wade through Plaintiff's arguments and separate out the individual facts supporting the motion from argument. Plaintiff must comply with the Local Rule by filing a separate statement of undisputed facts.

1

Plaintiff's motion for summary judgment, filed February 16, 2010, is procedurally deficient and is HEREBY ORDERED STRICKEN from the record on that ground.

IT IS SO ORDERED.

**Dated:   February 23, 2010**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE