**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE TYRONE COOPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants. | NO. 1:07-cv-00214-AWI-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(Doc.  71)<br><br>DISPOSITIVE MOTIONS DUE 11/22/10 |

　　　Defendants have requested an extension of time in which to file a dispositive motion. Plaintiff has opposed the request.  The Court, having considered the request an opposition, finds good cause to grant the request.

　　　Accordingly, IT IS HEREBY ORDERED that dispositive motions are due by or before November 22, 2010.

　　　IT IS SO ORDERED.

**Dated:　November 12, 2010**　　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE