UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE TYRONE COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, DIRECTOR, et al.,<br><br>    Defendants. | 1:07-cv-00214-AWI-GSA-PC<br><br>ORDER DENYING REQUESTS FOR COURT ORDERS DIRECTING PRISON OFFICIALS TO ALLOW PLAINTIFF ACCESS TO THE LAW LIBRARY<br>(Docs. 61, 72.) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2010, Plaintiff filed a request for a court order directing prison officials to allow him access to the law library to do research for his opposition to Defendants' motion for summary judgment. (Doc. 61.) On October 27, 2010, Plaintiff filed a request for a court order directing prison officials to allow him to make copies at the law library. (Doc. 72.)

The court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security." Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (*quoting* Bell v. Wolfish, 441 U.S. 520, 547 (1970). Plaintiff complains that he is not afforded sufficient access to the law library to adequately litigate his lawsuit. Should Plaintiff require additional time to respond to court orders or meet case deadlines, he should file a motion for extension of time, with a showing of good cause, for the Court's consideration.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's requests for court orders directing prison officials to allow him access to the law library to conduct research and make copies are DENIED.

IT IS SO ORDERED.

Dated:   **December 16, 2010**          **/s/ Gary S. Austin**

1                                                         UNITED STATES MAGISTRATE JUDGE